**21st Judicial District Court**
**Tangipahoa Parish, Louisiana**

No. 2022-0002669                                                                                                    Division F

**Mary Kenner**

**Versus**

**Winn-Dixie Montgomery, LLC**

Filed: _____        _____
                                                                            Deputy Clerk

# Notice to Parties of Removal

**TO:**   **Mary Kenner (Plaintiff)**
            *Through counsel of record*
            Donald D'Aunoy, Jr.
            LAW OFFICE OF DONALD D'AUNOY, JR., LLC
            525 Clay Street
            Kenner, LA 70062
            don@lawyerdon.com

Please take notice that on September 7, 2022, Defendant, Winn-Dixie Montgomery, LLC, filed a Notice of Removal as required by law for removal of the above captioned case from the 21st Judicial District Court for Tangipahoa Parish, Louisiana, to the United States District Court for the Eastern District of Louisiana.

                                                                Respectfully submitted,

                                                                _____
                                                                Sidney W. Degan (La. Bar No. 4804)
                                                                   sdegan@degan.com
                                                                Matthew F. Morgan (La. Bar No. 32966)
                                                                   mmorgan@degan.com
                                                                DEGAN, BLANCHARD & NASH
                                                                400 Poydras Street, Suite 2600
                                                                New Orleans, Louisiana 70130
                                                                Telephone: (504) 529-3333
                                                                Facsimile: (504) 529-3337
                                                                *Counsel for Defendant,*
                                                                *Winn-Dixie Montgomery, LLC*

**Certificate of Service**

I certify that, on September 19, 2022, I served a copy of the foregoing on all known counsel of record by placing a copy of the same in the United States Mail, properly addressed, and sufficient postage prepaid, by facsimile, and/or by electronic mail.

_____
Matthew F. Morgan