UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY KENNER,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3340** |
| **WINN-DIXIE MONTGOMERY, LLC,**<br>    Defendant | **SECTION: "E" (1)** |

## ORDER

IT IS ORDERED that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**, and this case be closed.[1]

New Orleans, Louisiana, this 3rd day of October, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff has what appears to be an identical pending action (22-3147) before Section L of the U.S. District Court for the Eastern District of Louisiana, which pre-exists the instant case. Accordingly, on October 3, 2022, Plaintiff's counsel informed the Court by email that she "do[es] not object to the dismissal of the second file[d] action (Case 2:22-cv-3340) without prejudice."

1